IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRENE ARCHER,

        Plaintiff,

v.    No. 1:23-CV-00655-KG-SCY

JESSICA VIGIL-RICHARDS, JOHN DOE MENDOZA,
HOBERT SHARPTON, WEXFORD HEALTH, and the
NEW MEXICO CORRECTIONS DEPARTMENT,

        Defendants.

### ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

THIS MATTER came before the Court on Plaintiff's Unopposed Motion to File Amended Complaint. The Motion is granted.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF MAILING

I, the undersigned, certify that a copy of the foregoing was served on the parties listed below via e-file and serve on the date the foregoing was accepted for filing by the Clerk's Office.

Steven Robert Allen, Esq.
New Mexico Prison & Jail Project
*Attorney for Plaintiff*
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 515-0939
steve@nmpjp.org

Hope Pendleton
Cody R. Rogers
Serpe Andrews, PLLC
*Attorneys for Defendants' Wexford Health Sources & Sharpton*
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 228-1453
Crogers@serpeandrews.com
Hpendleton@serpeandrews.com

Daniel J. Macke
Macke Law & Policy, LLC
*Attorney for Defendants' NMCD & Vigil-Richards*
8206 Louisiana Blvd. NE, Ste. A
Albuquerque, NM 87113
(505) 308-8668
Dan@mackelaw.com

TCAA